UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re:  Brian S. Sutherland            :            Case #: 05-60334

                                       :            Chapter 13

                                       :            Judge Caldwell

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: July 15, 2010                   /s/ Frank M. Pees_____
                                       Frank M. Pees
                                       Chapter 13 Trustee


Name and Address                       Amount
BRIAN S SUTHERLAND                     $1012.35
1800 RESERVOIR RD  LOT 14
LIMA OH 45804